CINCINNATI BAR ASSOCIATION v. LANGE.

[Cite as Cincinnati Bar Assn. *v.* Lange (1991), 57 Ohio St. 3d 43.]

(No. 90-884—Submitted October 16, 1990—Decided January 9, 1991.)

*W. Deems Clifton II, Donald E. Schneider* and *Harold M. Schwartz,* for relator.

*James N. Perry,* for respondent.

*Per Curiam.* Upon a careful review of the record, we agree with the board's findings and recommendation. Respondent is therefore publicly reprimanded for having violated DR 1-102(A)(4) and 7-102(A)(5). Costs taxed to respondent.

*Judgment accordingly.*

SWEENEY, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

WRIGHT, J., dissenting. I would order a sanction of a six-month suspension against respondent.

MOYER, C.J., and HOLMES, J., concur in the foregoing dissenting opinion.